IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| TITO LANTANO, : | |
| : | |
| Plaintiff, : | |
| : | |
| vs. : | CIVIL ACTION NO. 4:13-cv-05771-KAW |
| : | |
| ALEJANDRO MAYORKAS, : | |
| Director, U.S. Citizenship and : | |
| Immigration Services ("USCIS"), : | |
| *et al.*, : | |
| : | |
| Defendants. : | |
| : | |

## JOINT STIPULATION TO EXTEND THE TIME TO ANSWER BY THIRTY DAYS

The parties stipulate to extend the time for Defendants to answer or otherwise respond to the complaint by thirty days, until May 19, 2014.[1]  In support of this stipulation, the parties state:

1. Plaintiff filed his Complaint on December 12, 2013, seeking Administrative Procedure Act relief review of Defendant United States Citizenship and Immigration Services' denial of the Form I-730 filed by Plaintiff on behalf of his son.  (*See* Compl., ECF No. 1.)

2. Currently, Defendants' answer or responsive pleading is due on April 18, 2014.  (*See* Order, ECF No. 12.)

3. This stipulation is necessary so that Defendants may continue to research the relevant factual and legal issues and fully respond to the arguments set forth in the Complaint.

4. Accordingly, the parties stipulate to extend the time for Defendants to answer or otherwise respond to the complaint by thirty days, until May 19, 2014.

---

[1] The thirtieth day following the current due date is May 18, 2014, which is a Sunday.

Date:  April 15, 2014                             Respectfully submitted,

**Attorney for Plaintiff**                       **Attorneys for Defendants**

                                                 STUART F. DELERY
                                                 Assistant Attorney General
/s/Steven J. Malm                                Civil Division
STEVEN J. MALM
Attorney at Law
Reeves Miller Zhang & Diza, PLC                  COLIN A. KISOR
388 Market Street, Suite 1080                    Acting Director
San Francisco, CA 94111                          Office of Immigration Litigation
Tel: (415) 568-3777
smalm@rreeves.com                                JEFFREY S. ROBINS
                                                 Assistant Director
                                                 Office of Immigration Litigation

                                                 */s/ Lori B. Warlick*
                                                 LORI B. WARLICK
                                                 Trial Attorney
                                                 United States Department of Justice
                                                 Civil Division
                                                 Office of Immigration Litigation
                                                 Post Office Box 868, Ben Franklin Station
                                                 Washington, DC  20044
                                                 Tel: (202) 532-4315
                                                 lori.warlick2@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that on April 15, 2014, I electronically submitted this document using the electronic case filing system of the court, CM/ECF.  I hereby certify that I have served the Plaintiffs' counsel electronically through the CM/ECF system.

/s/ *Lori B. Warlick*
LORI B. WARLICK
Trial Attorney

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TITO LANTANO, : | |
| : | |
| **Plaintiff,** : | |
| : | |
| vs. : | CIVIL ACTION NO. 4:13-cv-05771-KAW |
| : | |
| ALEJANDRO MAYORKAS, : | |
| Director, U.S. Citizenship and : | |
| Immigration Services ("USCIS"), : | |
| *et al.*, : | |
| : | |
| **Defendants.** : | |
| : | |

## [proposed] ORDER

The Court has considered the parties' JOINT STIPULATION TO EXTEND THE TIME TO ANSWER BY THIRTY DAYS. The Court finds good cause for a thirty-day extension of time for Defendants to respond to the Complaint.

Accordingly, it is ORDERED that Defendants' answer or other response to Plaintiff's complaint is due on or before May 19, 2014.

Date: 4/17/14

_____
Honorable Kandis A. Westmore
United States Magistrate Court Judge

4